IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

LUTHER LETHEM, individually and on )
behalf of all other similarly situated, )        CIVIL ACTION NO. 17-00354
                                        )
            *Plaintiff*,                )        JUDGE LANCE AFRICK
v.                                      )
                                        )        MAG. JUDGE MICHAEL NORTH
NEW DAY FINANCIAL, LLC,                 )
                                        )
            *Defendant*.                )

## MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Luther Lethem, and on

showing that this matter has been fully and finally settled, moves the Court to dismiss this lawsuit and

all claims against Defendant, with prejudice, with the parties to bear their own costs.


*Respectfully submitted:*


*/s/ Emily A. Westermeier*
THE COSTALES LAW OFFICE
Roberto Luis Costales (#33696)
William H. Beaumont (#33005)
Emily A. Westermeier (#36294)
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
*emily.costaleslawoffice@gmail.com*


## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2017, I served a copy of this Motion on counsel for

Defendants via EC/CMF.

*/s/ Emily A. Westermeier*