UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LUTHER LETHEM** | **CIVIL ACTION** |
| **VERSUS** | **No. 17-354** |
| **NEW DAY FINANCIAL, LLC** | **SECTION I** |

### ORDER

Considering the unopposed motion to dismiss,

**IT IS ORDERED** that all claims in this matter are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

New Orleans, Louisiana, March 13, 2017.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE